IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  
MARY E. SELLERS  
    Debtor  
_____/

CASE NO. 8:12-bk-08630-MGW  
CHAPTER 13

### ORDER GRANTING MOTION TO APPROVE HAMP TRIAL PERIOD AGREEMENT

THIS CAUSE came on for preliminary hearing on May 13, 2013 on the Debtor's Motion to Approve HAMP Trial Period Agreement. Based upon the motion and the record, which indicates that an agreement was reached between the Debtor and Lender with regards to Claim No.2, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP (the "Creditor"), it is therefore:

ORDERED and ADJUDGED that:

1. Debtor's Motion to Approve HAMP Trial Period Agreement is GRANTED.

2. The trial payments are **$868.37** commencing May 1, 2013; 2nd payment by June 1, 2013; and third and final trial payment by July 1, 2013.  This monthly amount includes an amount for escrow.

3. Payments made by the Debtor to the Trustee constitute timely payments to the Creditor.

4. This Order is granted conditioned on lender's consent.

5. After the trial payments have been made the Creditor should provide the permanent agreement in a timely manner.

6. These payments should be sent to the Creditor at the address listed below (which is **NOT** the same as the address listed on Proof of Claim):

**Bank of America, N.A.**
**Payment Processing**
**PO Box 660833**
**Dallas, TX 75266-0833**

DONE AND ORDERED at Tampa, Florida on  June 05, 2013

_____
MICHAEL G. WILLIAMSON
**United States Bankruptcy Judge**

Attorney Gary E. Baker is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order.